1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00003 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT |
| v. | |
| ISRAEL TORRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Charles Lee, Chief Assistant Federal Defender and attorney for the defendant, that the initial appearance and arraignment set for January 22, 2014 at 1:30 pm before the Honorable Sheila K. Oberto be continued to January 27, 2014 at 1:30 p.m. The reason for the request is because the Honorable Lawrence J. O'Neill issued an Order dated January 21, 2014, 1:14-mc-0003 LJO, prohibiting any defendant in custody at Fresno County Jail from being transported to Federal Court due to an outbreak of H1N1 flu. The Order is in effect until 5:00 p.m. on Friday, January 24, 2014. The defendant is in custody at Fresno County Jail.

///

///

///

U.S. v. Torres Stipulation and Order         1

The parties further request the Court to enter an Order finding that the United States is bringing the defendant before a magistrate judge "without unnecessary delay" as is required under F.R.Crim.P. 5(a)(1)(A).

Dated: January 21, 2014			Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

					By	/s/ Kimberly A. Sanchez
						KIMBERLY A. SANCHEZ
						Assistant U.S. Attorney

Dated: January 21, 2014			/s/ Charles Lee
						CHARLES LEE
						Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **January 21, 2014**		**/s/ Sheila K. Oberto**
						UNITED STATES MAGISTRATE JUDGE

U.S. v. Torres Stipulation and Order              2