# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Israel Carlos Torres | Case No. 1:14-CR-00003-LJO-SKO-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Israel Carlos Torres__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **HOME INCARCERATION:** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer;

Add the following condition: You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

All other conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed]_ Israel C Torres    03/10/14          _[signed]_          03/10/2014
Signature of Defendant         Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signed]_                                        3/11/14
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_                                        3/10/14
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    3-11-14
[ ] The above modification of conditions of release is *not* ordered.

_[signed]_                                        3-11-14
Signature of Judicial Officer                    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services