# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 24 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:14-CR-00003-LJO-SKO-1 |
| Israel Carlos Torres ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Israel Carlos Torres_, have discussed with _Dan Stark_, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances, court-ordered obligations; or other activities pre-approved by the pretrial services officer;

Add the following condition: You shall participate in a program of medical or psychiatric treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

All other conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Israel C. Torres_  03-24-14                         _[signature]_  03/24/2014
Signature of Defendant   Date                        Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                          3-24-14
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Victor M. Chavez_                                     3-24-14
Signature of Defense Counsel                           Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on     3/24/14
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                          3/24/14
Signature of Judicial Officer                          Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services