HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, BAR # 113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISRAEL CARLOS TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00003 LJO-SKO |
| *Plaintiff*, | **STIPULATION MODIFYING CONDITIONS OF RELEASE TO PERMIT TRAVEL; ORDER** |
| vs. | |
| ISRAEL CARLOS TORRES, | Judge: Hon. Lawrence J. O'Neill |
| *Defendant*. | |

The parties, through their respective counsel, Kimberly A. Sanchez, Assistant United States Attorney, attorney for the plaintiff, and Victor M. Chavez, Assistant Federal Defender, attorney for defendant Israel Carlos Torres hereby stipulate that he may travel to Guanajuato, Mexico on June 25, 2015 and shall return to Fresno, California on or before July 2, 2015. The purpose of said travel is to attend services for his paternal grandmother, Javita Zarate, who died today, June 25, 2015. Mr. Torres will travel from Fresno to Tijuana, Mexico by vehicle. He will then fly from Tijuana, Mexico to Guanajuato, Mexico. His return trip will be a flight from Guanajuato to Tijuana with ground transportation back to Fresno.

Mr. Torres will stay at his father's home while in Guanajuato, Mexico.  Within 24 hours of his return to Fresno, Mr. Torres shall report in person to Pretrial Services Officer Zaren

Craddock to confirm his return.  All other conditions of release shall remain in full force and effect.

     Mr. Torres' Pretrial Services Officer, Zaren Craddock is not opposed to Mr. Torres' travel request.

     It is so stipulated.

                                            Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Date:  June 25, 2015                     */s/ Kimberly A. Sanchez*
                                            KIMBERLY A. SANCHEZ
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: June 25, 2015                      */s/  Victor M. Chavez*
                                            VICTOR M. CHAVEZ
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            ISRAEL CARLOS TORRES

**O R D E R**

IT IS SO ORDERED.

   Dated:   **June 25, 2015**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE