HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ISRAEL CARLOS TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>ISRAEL CARLOS TORRES,<br><br>    *Defendant.* | Case No. 1:14-cr-00003 LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER THEREON<br><br>DATE: November 30, 2015<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant, that the sentencing hearing currently set for November 16, 2015 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, **may be continued to November 30, 2015 at 8:30 a.m.**

    Defense proposes this change because it is awaiting receipt of a psychological evaluation on Mr. Torres which defense wants the court to consider.

//
//
//
//

                        Respectfully submitted,
                        BENJAMIN B. WAGNER
                        United States Attorney

Dated:  November 12, 2015      */s/ Kimberly A. Sanchez*
                        KIMBERLY A. SANCHEZ
                        Assistant United States Attorney
                        Attorney for Plaintiff


                        HEATHER E. WILLIAMS
                        Federal Defender


Dated:  November 12, 2015      */s/ Victor M. Chavez*
                        VICTOR M. CHAVEZ
                        Assistant Federal Defender
                        Attorney for Defendant
                        ISRAEL CARLOS TORRES


## O R D E R

**IT IS SO ORDERED**
**Dated: November 12, 2015**

                        **/s/ Lawrence J. O'Neill**
                        **United States District Judge**