HEATHER E. WILLIAMS, Bar#122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorneys for Defendant
ISRAEL CARLOS TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00003 LJO-SKO |
|---|---|
| Plaintiff, | **ORDER EXONERATING DEED OF TRUST WITH ASSIGNMENT OF RENTS AND TO RECONVEY TITLE TO REAL PROPERTY** |
| vs. | |
| ISRAEL CARLOS TORRES, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

Defendant Israel Carlos Torres was sentenced by this court on July 18, 2016.  He has moved pursuant to Rule 46(g) Fed. R. Crim. P. for exoneration of the $15,000 Deed of Trust with Assignment of Rents currently on file with the Fresno County Recorder as Document No. 2014-0018081.  Therefore, since Defendant Israel Carlos Torres has satisfied the conditions of his pretrial release, **IT IS HEREBY ORDERED** that the Deed of Trust with Assignment of Rents now on file with the Fresno County Recorder as Document No. 2014-0018081 is hereby exonerated and that title to the property described therein shall be reconveyed to Maria Elena Torres by the Court Clerk.

IT IS SO ORDERED.

Dated:  **July 27, 2016**            /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE