```
HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561
```

FILED

JUL 15 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ CW
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-cr-00003 LJO-SKO |
|---|---|
| Plaintiff, | ) **APPLICATION AND [PROPOSED]** |
| | ) **ORDER RE-APPOINTING COUNSEL** |
| vs. | ) **AFD VICTOR CHAVEZ** |
| ISRAEL CARLOS TORRES, | ) |
| Defendant. | ) |

Defendant, Israel Carlos Torres, through the Federal Defender for the Eastern District of California, hereby requests re-appointment of counsel AFD Victor Chavez for continuity in seeking early termination of his probation.

Mr. Torres submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. On February 26, 2015, Mr. Torres pled guilty to Count 1 of the Indictment, namely, 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Doc. 25). On July 18, 2016, Mr. Torres was sentenced to five years of probation with conditions (Doc. 45).

Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that AFD Victor Chavez be re-appointed to assist Mr. Torres.

DATED: July 11, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby re-appoints Victor Chavez pursuant to 18 U.S.C. § 3006A.

Dated: July 15, 2019

_____
HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE